UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Tafari Gordon,

        Defendant.

20-cr-54 (AJN)

ORDER

FEB 1 8 2020

ALISON J. NATHAN, District Judge:

As stated on the record at the arraignment and initial conference on February 14, 2020, the Government shall submit a letter by April 14, 2020 indicating whether it has successfully extracted data from Defendant's phones and turned such data over to him. If it has not done so by that date, it shall indicate what the future prospects of successful extraction are.

SO ORDERED.

Dated: February 18, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge