

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 14, 2020

**BY ECF**

The Honorable Alison J. Nathan
United States Courthouse
Thurgood Marshall
40 Foley Square
New York, NY 10007

SO ORDERED  5/14/20

*[signature]*

Alison J. Nathan, U.S.D.J.

Re:     United States v. Tafari Gordon, No. 1:20-cr-00054

Dear Judge Nathan,

We write on behalf of our client, Tafari Gordon, to request an adjournment of the deadline for Mr. Gordon to file any motions. We require additional time to discuss the discovery that the Government has produced and potential motions with Mr. Gordon given the challenges that the ongoing COVID-19 pandemic has presented.

Pursuant to the Court's ruling at the February 14, 2020 pre-trial conference, Mr. Gordon is to submit any available motions by Friday, May 15, 2020. We respectfully request that the Court extend the deadline 21 days, to Friday, June 5, 2020, and extend the opposition and reply deadlines accordingly. The revised schedule would be:

| | | |
|---|---|---|
| June 5, 2020 - | Defendant to submit any available motions | |
| June 19, 2020 - | Government opposition due, if any motions are filed | SO ORDERED |
| July 3, 2020 - | Defendant reply due, if any motions are filed | |

This is the first request for an extension of this deadline. The Government consents to this request.

Honorable Alison J. Nathan
May 14, 2020
Page 2

Respectfully submitted,

/s/ Michael S. Schachter

Michael S. Schachter

cc: Jacob Gutwillig, Esq. (by e-mail)