USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        -v-

Tafari Gordon,

                Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received via regular mail a letter from Defendant Tafari Gordon dated July 19, 2020. A copy of Mr. Gordon's letter has been forwarded to his counsel and the letter has been filed under seal.

SO ORDERED.

Dated: August 3, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge