USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        -v-

Tafari Gordon,

                Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The change of counsel conference in this matter scheduled for Tuesday, August 11, 2020 at 11:00 A.M is hereby adjourned to August 11, 2020 at 1 p.m. The conference will be held remotely using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 759242854.

SO ORDERED.

Dated: August 10, 2020
       New York, New York

                            ALISON J. NATHAN
                         United States District Judge