USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-

Tafari Gordon,

                    Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated on the record in the August 11, 2020 conference, a status conference on the Defendant's desire for a change of counsel is hereby scheduled for Tuesday, August 25, 2020 at 11 a.m. Due to the COVID-19 public health crisis, the conference cannot be held in person. As such, it will be held by videoconference using the Skype for Business platform. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If the Defendant, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his current counsel should return the signed waiver form no later than August 21, 2020.

    SO ORDERED.

Dated: August 13, 2020
       New York, New York

                                ALISON J. NATHAN
                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-                                                          **WAIVER OF RIGHT TO BE**
                                                                         **PRESENT AT CRIMINAL**
    TAFARI GORDON,                                 **PROCEEDING**
                Defendant.
------------------------------------------------------------------X        **20-CR-54 (AJN)**

**Check Proceeding that Applies**

____      Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:      _____                     _____
                    Print Name                                     Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:      _____                     _____
                    Print Name                                     Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:             _____
                  Signature of Defense Counsel

**Accepted:**     _____
                  Signature of Judge
                  Date: