USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                    -v-                                    20-cr-54 (AJN)

                                                              ORDER

Tafari Gordon,

                                   Defendant.

ALISON J. NATHAN, District Judge:

          On August 19, 2020, the Court received by mail the attached letter from the Defendant.

As of the date of this Order, the Defendant is still represented by Mr. Michael Schachter, who

was appointed to represent the Defendant pursuant to the Criminal Justice Act, 18 U.S.C. §

3006A.  Though the Defendant has notified the Court that he seeks the withdrawal of Mr.

Schachter as his attorney, the Court has not yet approved the substitution of counsel.  Nor has

the Defendant made an "informed, voluntary and unequivocal" waiver of his right to counsel,

such that he may proceed *pro se*.  *Williams v. Bartlett*, 44 F.3d 95, 99 (2d Cir. 1994).  Until that

happens, all further communications must come through appointed counsel.

          SO ORDERED.

Dated:  August 21, 2020
            New York, New York          _____
                                                     ALISON J. NATHAN
                                                 United States District Judge

  

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

*Averment Of Jurisdiction - Quo*

*Warranto*

**For The Record, To Be Read Into The Record**
**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.**

July 31, 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
ALISON J. NATHAN
THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 1007-1312

**Re:** 1:20 Cr-00054-AJN

*Res Judicata*

**Hagans v Lavine 415 U.S. 533.,** There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for UNITED STATES DISTRICT COURT and/or ALISON J. NATHAN to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,
I Am: 
RasTafari Bey EL Relatione Tafari Gordon
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved; U.C.C. 1-207/1-308; U.C.C.1-103
c/o P.O. BOX [682243]
Orlando Territory, Florida Republic
Near [32868]
Northwest Amexem

cc:

International Criminal Court
Chile Eboe-Osuji

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Vitalie Pirlog

Honorable President Donald Trump
White House Washington DC

United States Department of State
Michael Pompeo

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General William Barr

RETURN ADDRESS:

Ras TaFari Bey, Sui Juris Heir
C/o P.O. BOX 682243,
Orlando Territory, Florida Republic,
[ZIP EXEMPT] near [32868].
Non - Domestic Via United States Mail

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

*FILED IN ACCORDANCE WITH FLORIDA STATUES 28.222, 119.0714 (3) & 695.26*

## AFFIDAVIT OF OWNERSHIP INTEREST & POLITICAL STATUS

I declare this is a Affidavit Of Ownership Interest & Political Status and this includes all attached documents:

1. Affidavit of Ownership Interest & Political Status – 1 Page
2. Affidavit Lawful Notice, Name Declaration, Correction, Proclamation and Publication/ Judicial Notice and Proclamation/ and Patent of Nativity – 10 Pages
3. Notification of Reservation of Rights UCC 1-308/1-207 – 2 Pages
4. Affidavit of Financial Statement & Non - UCC (Authorized by Common Law) – 3 Pages
5. Notice of Acceptance to General Executor's Office – 5 Pages

**GRANTOR:** TAFARI ST. GEORGE GORDON
P.O. BOX 682243
ORLANDO, FLORIDA 32868

LS: _____                  1/25/19
TAFARI ST. GEORGE GORDON, GRANTOR          Date

## JURAT

State of _Florida_        )
                          ) ss.
County of _Orange_        )

SUBSCRIBED AND AFFIRMED: On this 25th day of _January_____, 2019 A.D. Notary, that personally appeared TAFARI ST. GEORGE GORDON known to me (or proved to me on the basis of satisfactory evidence of identification) whose name is subscribed on this instruments and acknowledge to be the same.

NS: _____
Notary, All Rights Reserved Without Recourse
Notary Public

_Christina Thomas_____        _Orlando Florida_____
Notary Name PRINTED                Notary City and State

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Grantee:**   Ras TaFari Bey
C/o  P.O. BOX 682243,
Orlando Territory, Florida Republic,
[ZIP EXEMPT] near [32868],
Non - Domestic

LS: _____          SEAL   1/25/19
Ras TaFari Bey, Grantee/ Secured Party Creditor        Date

*Plena Probatio*

_Montego El Xaymakah Bey_        SEAL     _Baba Irete Meji Bey_      SEAL
First Witness Signature                Second Witness Signature

_MONTEGO EL XAYMAKAH Bey 1/25/19_        _Baba Irete Meji Bey 1/25/19_
First Witness Printed Name      Date      Second Witness Printed Name      Date

*Prepared by:* Ras TaFari Bey          Annexed:        ALMRC07A©2019
C/o P.O. BOX 682243,
Orlando Territory, Florida Republic,
[ZIP EXEMPT] near [32868],
Non - Domestic          *Trust Instrument: RTB060800A1*
                        ***Grantee responsible for all recording fees.**



  

UNITED STATES OF MOROCCO
**Department of Foreign Affairs**
**~ Societas Republicae Ea Al Maurikanos ~**
Published for the Record on: www.AlMoroc.org
**AL MOROCCAN GOVERNMENT**
**PERMANENT MISSION - CONSULAR GENERAL OFFICE**
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate' – 'Turtle Island'
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
# Affidavit
# LAWFUL NOTICE!
## NAME DECLARATION, CORRECTION PROCLAMATION
## AND PUBLICATION

**I**, Ras Tafari Bey, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moor National Birthrights; International Law; and Constitutional Law; Declare and say:

**I**, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name TAFARI ST. GEORGE GORDON, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Al Moroccan Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moor Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moor National Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Ras Tafari Bey, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moor Credentials: AA 222141- **TRUTH A-1**
3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).



Annexed:

ALMRC03©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I,** Ras Tafari Bey, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am:**
A Free and Sovereign Moor National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved UCC 1-308

**Witness:**
A Free and Sovereign Moor National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved UCC 1-308

**Witness:**
A Free and Sovereign Moor National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved UCC 1-308

# Jurat

## 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**Executed without the United States**:

"I, Ras Tafari Bey, Sui Juris Heir and Noble declare under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct".

Executed on _11th, JANUARY 2019_.

**(Autograph)**
A free and Sovereign Moor National, In Propria Persona Sui Juris
Northwest Amexem / North Africa / North America / North Gate / Turtle Island
All Rights Reserve & Retained Without Prejudice UCC 1-308



  

**UNITED STATES OF MOROCCO**
**Department of Foreign Affairs**
**~ Societas Republicae Ea Al Maurikanos ~**
Published for the Record on: www.AlMoroc.org
**AL MOROCCAN GOVERNMENT**
**PERMANENT MISSION - CONSULAR GENERAL OFFICE**
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate' - 'Turtle Island'
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
## I.S.L.A.M.   *Al Moroccan Americans - Northwest Amexem*

# Affidavit

# *Judicial Notice and Proclamation*

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Ras Tafari Bey,** being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Al Moroccan Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, **Ras Tafari Bey,** Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moor National- a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moor National Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being a Moor National, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-


Annexed:                                                                                    ALMRC04©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308



Authority.

**Moors / Moor National Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moor National Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

**Egypt,** The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the **Land of Canaan** seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

**The 'Great Seal Pyramid'** is the 'National Emblem and Insignia' of The Al Moroccan Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moor National Americans (Al Moroccans), etc.

**The** Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Al Moroccanl Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Al Moroccan Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."*

**The** present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308
Page 2 of 7

four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Al Moroccan Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-ish Standards, embodied in the Al Moroccan National Flag (Standard) - **Love, Truth, Peace, Freedom, and Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"— United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moor National Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Al Moroccan Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

   **Furthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moor National Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Al Moroccan Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);  The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

   **1. The** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

   **2. The** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163**:

   **3. The** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States


Annexed:                                                                                    ALMRC04©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States
All Rights Reserved. UCC 1-207/ 1-308
Page 3 of 7

Constitution. **Kent v. Dulles 357 US 116, 125:**

   **4. The** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

   **5. State** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

   **6. The** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

   **7. Traveling** in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

   **8. Under** the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

   **9. Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

   **10. The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

   **11. For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

   **12. If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".
   **13.** "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

   **Whereas,** In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

   **Whereas,** there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's



Annexed:                                                                                      ALMRC04©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308
Page 4 of 7

license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution (derived from Ancient Moabite / Al Moroccan Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*
*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**Therefore,** in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.



Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Al Moroccan Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can '**Present**' 'Self'!

I, **Ras Tafari Bey**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice), **All** Rights Reserved Without Prejudice / Recourse; Allodial Claim.



Annexed:

ALMRC04©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States. All Rights Reserved. UCC 1-207/ 1-308





UNITED STATES OF MOROCCO
**Department of Foreign Affairs**
~ Societas Republicae Ea Al Maurikanos ~
Published for the Record on: www.AlMoroc.org
**AL MOROCCAN GOVERNMENT**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Ras Tafari Bey

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

In Care Of: P.O. BOX 682243
Orlando Territory, Florida Republic [ZIP EXEMPT]
near FLORIDA CORPORATION [32868] Non Domestic Via
United States Mail.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| GORDON | TAFARI | | ST. GEORGE | | |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 682243 | ORLANDO | | FL | 32868 | US |
| 1d. TAX ID #:   SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | | | | | |
| 2d. TAX ID #:   SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| Bey | Ras Tafari | | | | |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| c/o P.O. BOX 682243 | Orlando Territory | | FL | [32868] | |

4. This FINANCING STATEMENT covers the following collateral:

First Lien Holder - Holding Paramount Interest in said Property and Assets.

Corpus - Body Identified as TAFARI ST. GEORGE GORDON. - Eyes: Brown - Hair: Brown - Height: 5'9 - Weight:164

All 'Rights of Claims', in fact, conjoined to 'Allodial Aboriginal Paramount Clear Perfect Title'; also, Jus Soli; Jus Sanguine; Jus Posiliminii; Jus In Re Propria; Jus Recuperandi; and includes Right of Claims to the Inheritance being the Ancestral Lands, Hereditaments, and Estates of the Moroccan/Moorish Empire.

Take further notice that I DEMAND that you put the name TAFARI ST. GEORGE GORDON©, an Ens Legis Cestui que Trust on the DO NOT STOP and DO NOT DETAIN list for Florida and all other states. I have a $9,000,000,000.00 (Nine Billion) US Federal Reserve Notes Common law Lien on the names of my property and I will charge you a minimum of $133,000.00 (One Hundred and Thirty Three Thousand) US Federal Reserve Notes against any Agencies, Agents and Contractors, which this is a Contract where you agree to pay this amount to Ras Tafari Bey for the trespass of all Unalienable rights or Theft of Private Property identified as Corpus.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | ☒ AG. LIEN | ☒ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**Status**: Aboriginal / Indigenous; Descendant of the Ancient Ones / Moabites / Muurs / Moors – Northwest Amexem / Northwest Africa / North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Jurisdiction / Venue**: Societas Republicae Ea Al Maurikanos / Al Moroccan Federal Government; United States Republic, (De Jure.) Constitution, Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. Florida State Republic 06143.

**Continent**: Territorial Jurisdiction: Northwest Amexem / Northwest Africa / North America; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan / Americana); And Not a Subject, Not Foreign, nor an artificial, corporate - artifice, or fictional, 14th Amendment U.S. Citizen (created on paper).

"I Am a Citizen of The U.S.A.", Outside A "Federal District" within a non-military occupied private estate, not an enemy of the State under The Trading with The Enemy Act of 1933, The War Powers Act, The Emergency Banking Relief Act of 1873, and The Debt Relief Act of 1793, I am **not** a volunteer, subject to the jurisdiction, statute, codes, and regulations of the "United States Corporation". With special exclusive rights in Equity.

**"Jura Snguinis Nullo Jure Civili Dirimi Possunt"**
**"The right of blood and kindred cannot be destroyed by any civil law"**

**DISCLAIMER:**
I disclaim any trusteeships of any expressed or implied Trust not lawfully authorized by my hand and seal.
I invoke the Judicature Act of 1873 and I am the Grantee-Beneficiary Nunc Pro Tunc.
**Classified Truth A-1 AA222141**

## Jurat

**28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**Executed without the United States:**

I Ras **Tafari Bey**, Sui Juris Heir and Noble Affirm under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct.

Executed on  11ᴬᴰ, JANUARY 2019



_(Autograph)_
A Free and Sovereign Moor National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved & Retained Without Prejudice UCC 1-103



  

UNITED STATES OF MOROCCO
**Department of Foreign Affairs**
**~ Societas Republicae Ea Al Maurikanos ~**
Published for the Record on: www.AlMoroc.org
**AL MOROCCAN GOVERNMENT**
**PERMANENT MISSION - CONSULAR GENERAL OFFICE**
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate' - 'Turtle Island'

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans / Americans

# Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)

**11 January 2019 A.D.**

AL MOROCCAN FEDERAL GOVERNMENT
Ras Tafari Bey, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
North West Amexem, Timucua Territory
**Mailing Location:**
In care of P.O. BOX 682243,
Orlando Territory, Florida Republic [ZIP EXEMPT]
Near [32868] Non - Domestic Via United States Mail

To: **UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA**
    Clerk of Court
    **ATTN: Elizabeth Warren**
    401 West Central Boulevard, Orlando, FL 32801

### Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

It is a fundamental principle of law that the land and the law go hand in hand; and, in America, without the 14th Amendment, the Law of the Land is the Constitution with its common-law principles and its substance of gold and silver. Referred to in this sense, precious metals are regarded in law as *portable land*. The basic principle of law holds that land includes everything of value extracted from it, it is this principle regarding the relationship of land and law which, by its operation, threw up an obstacle to corporate real estate ownership. In order to charter a statutory (civil law) entity to handle the substance of the common law (land), special, if not extraordinary, legal circumstances must exist. These circumstances did not exist prior to the post-*Erie* Federal Common Law whose imposition was made possible by loss of the gold standard (the substance of the law) in 1933.

See **House Joint Resolution 192 of June 5, 1933; Pub. L. 73-10.** Prior to that, silver had already been de-monetized, in practice but not in fact, by the Coinage Act of 1873 (commonly referred to as the "crime of '73" which, it is blatantly obvious, would have been unconstitutional if done in-fact. It is said to have been a tactic of congress to place in the public mind the perception of the currency as being solely backed by gold, presumably for the purpose of the eventual passing of H.J. Res. 192, which congress knew would effect a removal of the substance of law). Silver was later withdrawn from circulation in certain coins by the Coinage Act of 1964, and was removed entirely by amendment to the Coinage Act of 1964 by the Bank Holding Company Act of 1970. Then, all silver-backed certificates were discontinued in 1972.

The resulting nexus or "confederacy developed under [H.J. Res. 192] . . . is an affiliation known better as an association. An association is defined as "[a]n unincorporated society; a body of persons united and acting together without a charter, but upon the methods and forms used by incorporated bodies for the prosecution of some common enterprise." Black's Law Dictionary, p. 156 (4th ed. Rev. 1968).

Income is the residual profit made off of an investment on capital gains in a Corporate capacity whereby i would enjoy the fruits of the returns not to be confused with the principle. Currently due to the removal of the gold and silver standard as tender to pay debts, the people have been only receiving Pecuniary compensations/wages. This is the ultimate validation of the violation of the Constitution and as such i do not wish to consent or contract as this would be inducement to Fraud.

### Article VI

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of



Annexed:                          Page 1 of 2                          ALMRC08©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All. Rights Reserved. UCC 1-207/ 1-308

the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

### Article 1, Section X
"All debts shall be payable in gold or silver coin"

### Amendment V
"No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court.  The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

### Amendment IX
"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.*
***Miranda v. Arizona 384 US 436, 125:***

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

**NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT.**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE. UCC 1-202.**

In Honor,
Respectfully Submitted,
I Am
Ras Tafari Bey, Sui Juris Heir Authorized Representative
Natural Person, in Propria Persona:
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
All Rights Reserved:
North West Amexem, Timucua Territory

c.c.
United States Attorney General (*certified*) **Matt Whitaker**
United Nations – Rights of Indigenous Peoples – Violations
U.S. Secretary of State

## Jurat

### 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**Executed without the United States:**

I Ras Tafari Bey, Sui Juris Heir and Noble Affirm under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct.

Executed on 11th JANUARY 2019

(Autograph)
A Free and Sovereign Moor National, in Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved & Retained Without Prejudice UCC 1-308

Annexed:                                   Page 2 of 2                          ALMRC08©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All. Rights Reserved. UCC 1-207/ 1-308



**TAFARI ST. GEORGE GORDON, ESTATE.**
Office of the Executor.
General – Post Office.
In Care of: P.O. BOX 682243,
Orlando Territory, Florida Republic near [32868].
**11 January 2019 A.D.**
Established Nunc Pro Tunc
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## NOTICE OF ACCEPTANCE TO GENERAL EXECUTOR'S OFFICE

From: Office of the General Executor, **TAFARI ST. GEORGE GORDON, ESTATE**

To: Certificate of Service.

**Subject: GRANTORS/TESTATORS ASSERTION OF RIGHT AND ACCEPTANCE TO OFFICE OF GENERAL EXECUTOR AND CHIEF ADMINISTRATOR FOR THE ESTATE OF TAFARI ST. GEORGE GORDON. SSN# - XXX- XX -** ███

Ref: A Last Will and Testament for **TAFARI ST. GEORGE GORDON, ESTATE**, filed at the **OSCEOLA COUNTY RECORDER.**

1. **Situation and purpose.** To confirm by acknowledgment the appointment of Ras Tafari Bey, sui juris Heir to the office of General Executor and Chief Administrator for the Trust and all matters governing the Estate of **TAFARI ST. GEORGE GORDON** as per the intentions of the Grantor and Testator's last will and testament filed within the **OSCEOLA COUNTY RECORDER.**

1(a) Let it be known to all that by this duly recorded Notice that the Office of General Executor for the **TAFARI ST. GEORGE GORDON,** Estate is hereby occupied, *Nunc Pro Tunc.*

1(b) The Divine Creator as Grantor/Creator of Ras Tafari Bey the Triune of Body-Mind-Spirit as the original Trust Corpus, did gift. grant and convey the Divine Right of Use into Trust for Our Benefit.

1(c) As witnessed before all Heaven and Earth the Creator granted to Us at birth the immutable and irrevocable Rights over Our name, Our Free Will, Our flesh, Our energy, Our labor, Our mind, and Our Divine spirit. Ras Tafari Bey, the Triune of Body-Mind-Spirit with Authority and Dominium from the Divine Creator, do hereby pronounce. claim and occupy the Office of General Executor for the **TAFARI ST. GEORGE GORDON,** Estate, *Nunc Pro Tunc.*

1(d) As We have accepted the appointment of occupant of the Office of General Executor, no office, nor officers possess any lawful rights or Our recognition to continue as agents, administrators and guardians on Our behalf. Therefore, whether they had acted through an office of custodian, protector, steward, keeper, guardian, attorney-in-fact or any other title, We hereby pronounce their acts null and void, *Nunc Pro Tunc.*

1(e) As for any assumed filial claims of the State over Us, let it be known to all that We hereby disavow the State having any filial rights over Us for the first time; We disavow the State having any filial rights over Us for the second time; and We disavow the State has any filial rights over Us before the Divine Creator and all Heaven and Earth for the third and final time.

2. **Cancelation.** This assertion cancels, voids, rescinds, revokes, and repudiates all policy, statutes, contracts, and presumptions of presumed executorial or administrative authority. This appointment is valid from your receipt of this notice, *Nunc Pro Tunc.*

3. **Mission/Objective.** To publish and promulgate the Testator and Grantors Assertion of Right, and affirming the office of General Executor and Chief Administrator for the Estate of **TAFARI ST. GEORGE GORDON / TAFARI S. G. GORDON / TAFARI GORDON,** and every variation of an artificial entity, i.e., "Collective Entity," known herein both jointly and severally herein as the "Estate." while maintaining a peaceful relationship with those "in care of" persons, serving as trustees, fiduciaries, and public servants appointed by the Executor, to serve the interests of the



Annexed:                                Page 1 of 5                          ALMRC09©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308

Estate. Let it be known that I hereby appoint public servants: **State of Florida Attorney General, Ashley Moody, Governor of Florida, Ron DeSantis, and U.S. Secretary of State, Mike Pompeo** as fiduciaries over the Estate; and they are hereby ordered to withdraw all charges against the Estate, grant the Estate a full pardon on any and all charges against the Estate, and award the relief sought in Affiants Constitutional Claim of Natural Rights and further for the UNITED STATES and its Agents to recognize My Allodial Status and Full Diplomatic Immunity by being Part and Parcel of the said De Jure government secured by **'Precepts'** of law, as the rightful Heir with **All 'Rights of Claims'**, in fact, conjoined to 'Allodial Aboriginal Paramount Clear Perfect Title'; also, Jus Soli; Jus Sanguine; Jus Posiliminii; Jus In Re Propria; Jus Recuperandi; and includes Right of Claims to the Inheritance being the Ancestral Lands, Hereditaments, and Estates of the Moroccan Empire. This is the said public servants **ONLY** orders and responsibilities! Any other action is unauthorized and will be deemed null and void by this Court, which is the Executor's Office. As the General Executor, I, Ras Tafari Bey, give the said public servants seven (7) **days** to execute my orders. Failure to do so will result in breach of fiduciaries duties, which is Trust Law, the highest law, being violated and total disregard towards the highest office, which is the Office of General Executor, the Court.

a. All officials and government servants have taken an oath. Even if they have not taken an oath on record, they have cashed a pay check and accepted the responsibility. The fiduciary duty of all officials is to serve and protect the Estates and the occupant of the Executor Office. A fiduciary responsibility is the highest responsibility in law.

4. **Execution.** As of the date of this notice, Ras Tafari Bey, who is a Moor National, possessing Free-hold by inheritance and Primogeniture Status, a natural person, identified in the Will, assumes the General Executor and Chief Administrator for the Estate and is granted full faith and credit to execute the duties of this office as outlined in the Will.

5. **Administration**.

a. All Courts of Record, Courts of Equity, Administrative Courts, Legislative Courts, and the Officers of Public Trust have a duty and responsibility to acknowledge the Office of General Executor and Chief Administrator for all matters regarding administration of claims against **TAFARI ST. GEORGE GORDON / TAFARI S. G. GORDON / TAFARI GORDON**, and any and all spelling variations of the said Estate.

b. Any use or reference to the title Ras Tafari Bey by the Executor or Chief Administrator, including the titles- The Governor/Grantor/Executor/ Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer/Guardian; In any format and/or rendering is always to refer to the General Executor's Office.

c. The Chief Administrator and General Executor is not subject to lien, levy, submission to jurisdiction, or acquisition at any moment or in any situation, and shall enjoy all privileges, benefits, and immunities afforded by the United States Constitution, Treaty of Peace and Friendship 1787, and the Will.

d. The Chief Administrator and General Executor is not a public servant and any claim to the contrary must be proven by payroll records to include, alleged public servant title, and sworn under the penalty of perjury and under full commercial liability. The Grantor claims common law jurisdiction at every moment and all time(s).
f. The Grantor waives all compelled benefits of every type and kind.

g. Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit sworn to under penalty of perjury with an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within **10 days** will be agreement and estoppel.

h. **Claims against the Estate.** All claims against the Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, shall not be paid, without being presented to the office of General Executor for approval.

(1) When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorized use of credits or interests without express consent, and upon being noticed

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308

by this order, constitutes fraud against the estate, and the committing of perjury by the individuals acting.

i. **Notice to Trustees and Fiduciaries.** Trustees and Fiduciaries may not assert any management power over the Estate without delegation in writing by authority from this office. Fiduciaries shall at no time improperly use the Estates money, assets, property, services, or credit in the performance of, or as a result of, their official duties for activities that have not been approved by this office.

j. **Notice to Public Officials and Trustees.**

(1) Every person who, under color of law, or any statute, ordinance, regulation, custom, or usage, of any state or territory, interferes, obstructs, deprives any rights, privileges, or immunities of the Estate, shall be liable to the Estate, without immunity, in an action at suit or other proper proceeding for redress.

(2) Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities, as well as those of their spouses and/or dependents to the administration office of the Estate.

k. Response to this Notice. Response is not required, however any response received, of which purports the inability or refusal to perform in accordance with the guidance set-forth in this notice, must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set-forth in the Privacy Act of 1974 (Public Law 93-579), which shall serve to insure high standards of honesty, impartiality, character, and conduct as in accordance with Title 5 CFR Part 735. The Estate is relying on your silence as consent and assent to bind this agreement and the duties and obligations set-forth herein.

## MEMORANDUM OF LAW

1.) The Executor Office is the "Court," as the Sovereign is in equality. Definition of Court in the Black's Law Dictionary, 4th edition, states that, "The Sovereign with their Real Retinue Wherever They May be – is the Executor Office."

2.) Executor Office always deals with the administrative office, because the Executor's office is a Court. It is an administrative office, but it is a judicial office also.

3.) The Executor Office is or appears to be as high or higher than the term of Sovereign, i.e. ruler, Pope, King, or any other illusion of Man's superiority, as some understand it; therefore, the Executor Office has no reason or need to ever consider a legal action from a lower system as the Office has the authority to submit either an order or request to lower office enforcement holders to perform corrective actions.

**EXECUTOR:**

(a)"**General Executor**. A general executor is one who is appointed to administer the whole estate, without any limit of time or place, or of the subject-matter." *[Bouvier's Law Dictionary, 1856 edition]*

(b)"**General Executor**. One whose power is not limited either territorially or as to the duration or subject of his trust." *[Black's Law Dictionary, 1st Ed.]*

(c)"**Executor**. He to whom another commits by will the execution of his last will and testament." *[William C. Anderson, A Dictionary of Law (1893)]*

(d)"**General Executor**. An executor whose power is unlimited as to time, place, or subject matter."*[William C. Anderson, A Dictionary of Law (1893)]*

(e)"**Executor De Son Tort**: Executor of his own wrong. A person who assumes to act as executor of an estate without any lawful warrant or authority, but who, by his intermeddling, makes himself liable as an executor to a certain extent. If a stranger takes upon him to act as executor without any just authority; (as by intermeddling with the goods of the deceased, and many other transactions,) he is called in law an "executor of his own wrong," de son tort. 2 Bl. Comm. 507. [Blacks 1st]



Annexed:                                    Page 3 of 5                          ALMRC09©2019

Aboriginal and Indigenous Peoples' Documents; Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308

**(f)"Probate:** The actor process of proving a will. The proof before an ordinary, surrogate, register, or other duly authorized person that a document produced before him for official recognition and registration, and alleged to be the last will and testament of a certain deceased person, is such in reality."*[Black's Law Dictionary, 4th Ed.]*

**(g)"Estate:** The word "estate" is a word of the greatest extension, and comprehends every species of property, real and personal. It describes both the *corpus* and the extent of interest. ...it signifies everything of which riches or fortune may consist." *[Black's Law Dictionary, 4th Ed.]*

**(1)** The Estate is in the nature of a trust, but is not a trust. The Estate is subject to trust law and is affected by probate law. Probate Law is the highest form of law. Scripture is trust and estate law, and trumps all other law, i.e., - Treaty, Civil, Criminal, Law of Nations, Domestic, Probate, Equity – just made-up rules for the world game, for lawyers to control everything. True law has to be simple and work equally for everyone = Equality.

**(2)** The Estate is a realm of action that is a combining of the physical and spiritual aspects of each individual. The Estate is older than any form of law or legal issue that is in or around the world today and has been passed down through generations, having come from God. As such, no form of law, other than scripture, can access or penetrate the truth of the Estate.

**(3)** A trust is a contract and pursuant to US Constitution, Article 1, Section 10, "No state shall pass any law impairing the obligation of contracts." In essence, an Estate or trust (contract) is private law between the parties thereto. No one, not even the courts, have the authority to look into the business of the Estate.

**(4)** The courts do not have jurisdiction (in personam or subject matter) over the Estate. The only probate court possible to bring a claim into is the one described on the Birth Certificate of TAFARI ST. GEORGE GORDON, ESTATE.

**(5)** By using the words "Executor" or "Estate" I, **Ras Tafari Bey**, am the Creditor. Creditors have immunity from the debtor.

**(6)** Notice is hereby given by the General Executor and Guardian of the Estate, no other office, nor other officer except those duly appointed by the General Executor and Guardian possesses any lawful rights or authority as an agent, administrator, trustee or guardian of the Estate. Therefore, whether or not a person has acted for the Estate through a position of custodian, protector, steward, keeper, guardian, attorney-in-fact, or any other title or capacity; we hereby pronounce any and all assumed authority and all positions who have acted, now and then, without written consent or proof of a deceased Estate, as De Son Tort; thereby, making any and all acts and liabilities null and void, Nunc Pro Tunc. Any administration on the Estate of a living person is void; especially, if it be made to appear that the person was in fact alive at the time administration was granted, the administration is absolutely void.

**(7)** The ALL CAPS NAME is foreign to the US and the States. It is immune under the Foreign Immunities Act, because it is a creditor. In 28 USC 1300, et al (FSIA), "Foreign State" means "Foreign Estate."

Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel. Further charges will be added under USC 15.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

**CERTIFICATION OF SPECIAL ACKNOWLEDGMENT.**

I, **Ras Tafari Bey** attest and affirm that the aforementioned is true and correct, attested to and submitted by The Chief Administrator/Grantor/Settlor/Creditor, Ras Tafari Bey, a living breathing self-aware Man, not deceased, who is also the Executor/Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer of any associated Trust, Estate, Legal-Name, State (Foreign or



Annexed:        Page 4 of 5        ALMRC09©2019

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308

otherwise) and or corporation of the Legal Person known by, referred to or rendered as the Ex Relatione **TAFARI ST. GEORGE GORDON** a cestui que vie trust.

I further acknowledge that this is my freewill act and Deed to execute my acknowledgement of my acceptance of the trust/real property/Estate as well as lawful control of the real-property/Estate/Corporation/Trust, be it said, be it documented done in/on/and for the record, in this lawful court of record on this _11th_ day of _JANUARY_ 2019.

Respectfully Submitted,

by: Executor _____

**TAFARI ST. GEORGE GORDON, ESTATE**
Office of the Executor,
General - Post Office,
**Mailing Location:**
In care of P.O. BOX 682243,
Orlando Territory, Florida Republic [ZIP EXEMPT]
Near [32868] Non - Domestic Via United States Mail

# Jurat

SS: <u>NOTICE</u>

I, **Ras Tafari Bey**, pursuant to title 28, USC Section 1746 (1) and executed "Without the United States," I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my belief and informed knowledge (All Rights Reserved Without Prejudice; U.C.C. 1-207/1-308, U.C.C. 1-103.).

Signed on this _11th_ day of _JANUARY_ 2019, by the undersigned authority:

Respectfully Submitted,
by: Executor _____

**TAFARI ST. GEORGE GORDON, ESTATE.**
Office of the Executor,
General - Post Office,
**Mailing Location:**
In care of P.O. BOX 682243,
Orlando Territory, Florida Republic [ZIP EXEMPT]
Near [32868] Non - Domestic Via United States Mail



Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.
All Rights Reserved. UCC 1-207/ 1-308