USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Tafari Gordon,

          Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A status conference on the Defendant's desire for a change of counsel is scheduled for Tuesday, August 25, 2020 at 11 a.m. Due to the COVID-19 public health crisis, the conference cannot be held in person. As such, it will be held by videoconference using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 759242854.

    SO ORDERED.

Dated: August 24, 2020
      New York, New York

                                        ALISON J. NATHAN
                                       United States District Judge