```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

               -v-

Tafari Gordon,

               Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 24, 2020, the Clerk of Court received by mail the attached letter from the Defendant.  It appears to have been sent before the Court's August 21, 2020 admonishment that all further communications must come through appointed counsel.  Dkt. No. 25.  Because the Defendant is still represented by Mr. Michael Schachter, the Court will not act on the communication.  Nonetheless, it will docket the letter so that it becomes a part of the record.  As noted in Dkt. No. 26, there is a conference scheduled for tomorrow at which the Court will again address whether the Defendant is seeking new counsel.

SO ORDERED.

Dated: August 24, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

  

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

# *Averment Of Jurisdiction – Quo*

# *Warranto*

**For The Record, To Be Read Into The Record**
**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.**

July 31, 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
ALISON J. NATHAN
THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 1007-1312

**Re:** 1:20 Cr-00054-AJN

## *Res Judicata*

**Hagans v Lavine 415 U.S. 533.,** There is no discretion to ignore lack of jurisdiction. Joyce v U.S. 474 2d 215;
The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v
Thibout 100. S. Ct 2501 (1980); "** Jurisdiction can be challenged at any time " and "jurisdiction, once
challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a
formal Request and Command for UNITED STATES DISTRICT COURT and/or ALISON J. NATHAN to produce
for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per
Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal
law to provide the name, address and telephone number of their public hazard and malpractice bonding company and
the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific
job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15
USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath
and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the
United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any
material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or
imprisoned not more than five years or both," 18 U.S.C. §1621

Thank You,
I Am:
RasTafari Bey, Ex-Relatione Tafari Gordon
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
c/o P.O. BOX [682243]
Orlando Territory, Florida Republic
Near [32868]
Northwest Amexem

cc:

International Criminal Court
Chile Eboe-Osuji

International Court of Justice
Hall:El
Peace Palace
The Hague Netherland

Interpol
Vitalie Pirlog

Honorable President Donald Trump
White House Washington DC

United States Department of State
Michael Pompeo

Great Seal National Association of Moorish Affairs
Minister :A-El / Minister Taj Tarik Bey / Minister William Salaam

United States Justice Department
Attorney General William Barr







Moorish Americans – Aboriginal and Indigenous Natural Peoples of the Land
Moorish American National Affairs

## AFFIDAVIT OF FACT

I, RasTafari Bey, Moorish American National, In Propria Persona, Sui Juris, Private Citizen, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights;International Law; and Constitutional Law; Declare and say:

**THE FOLLOWING DEPOSITION HAS BEEN SUBMITTED AS UNREBUTTED TRUTH! IN THE EVENT THIS INSTRUMENT HAS NOT BEEN**

**REBUTTED/DISHONORED, POINT FOR POINT, WITHIN THIRTY (30) DAYS OF THE DATE POSTMARKED BY CERTIFIED UNITED STATES POSTAL MAIL/FILE STAMPED WITH THE COUNTY CLERK , IT SHALL REMAIN TRUTH AS FILED UPON THE OFFICIAL PUBLIC RECORDS OF NEWYORK, NEW YORK DISTRICT COURT, THE SECRETARY OF THE STATE OF NEWYORK,THE**

**MOROCCAN EMBASSY, THE UNITED NATIONS, AND THE UNITED STATES DEPARTMENT OF STATE, ET. AL.**

I RasTafari Bey, Tafari Gordon DOES NOT UNDERSTAND THE CHARGES AGAINST MY PERSON TAFARI GORDON.

Tafari Gordon was told December 18, 2019 by Michael S. Schachter to answer yes to if I understood the charges so that he could expedite my release from jail. Being under DURESS I followed Michael Schachter's advice as the conditions at the time is deplorable.

Michael Schachter did not inform RasTafari Bey, Tafari Gordon of the Conversion taking place that reduces Tafari Gordon's capacity as a Man to a "Ward of the State" or "Infant".

CORPUS JURIS SECUNDUM Volume 7 §4

"His (ATTORNEY'S) first duty is to the courts and not to the PUBLIC, NOT TO THE CLIENTS, and WHENEVR THE DUTIES TO HIS CLIENT CONFICTS WITH THOSE HE OWE AS AN OFFICER OF THE COURT IN THE ADMINISTRATION OF JUSTICE, THE FORMER MUST YIELD TO THE LATTER"

§2- ATTORNEY & CLIENT

A Client is one who communicate facts to an Attorney expecting professional advice. Clients are also called "WARDS OF THE COURTS IN REGARDS TO THEIR RELASTIONSHIPWITH THE ATTORNEY"

"WARDS OF THE COURT"- Infants and persons of Unsound minds placed by the court under care of a guardian.

Tafari Gordon is not a **INFANT** or a **PERSON** of unsound mind.

Tafari Gordon is being charge under Title 21 U.S. §841, 846 which states
(a) Unlawful Acts except as Authorize by this sub chapter, it shall be unlawful for any person knowingly or intentionally.

RasTafari Bey/Tafari Gordon Declares on the Record that RasTafari Bey/ Tafari Gordon is a Man and is not a PERSON, as defined in 1 U.S.C. §8 (a), ENS LEGIS, a RESIDENT of THE DISTRICT OF COLUMBIA or a FOREIGN CORPORATION OFFICER, DIRECTOR STOCKHOLDER, or any EMPLOYEE of a FOREIGN COPORATION, or a CITIZEN OF THE UNITED STATES, or a CITIZEN of any CORPORATE STATE GOVERNMENT, and not a RESIDENT OF ANY FEDERAL POSSESSIONS, TERRITORY, ENCLAVE, FORT ETC....

If there is any contract between Tafari Gordon and the UNITED STATES GOVERNMENT exist proving that Tafari Gordon/ RasTafari Bey has Pledge allegiance please enter said contract into the record as evidence.

The UNITED STATE DISTRICT COURT through CONVERSION has tried to reclassify Tafari Gordon as a CITIZEN/SUBJECT of the UNITED STATES using the CAPITIS DEMINUTION MAXIMA DICTRINE. See. The Indictment as evidence of CONVERSION by the spelling in Capitalization of Tafari Gordon's name.

RasTafari Bey/ Tafari Gordon does not owe allegiance to the UNTED STATES or STATES AS DEFINED;

26 U.S.C § 3306 (j)(1)(2)
The term "STATE" Includes the DISTRICT OF COLUMBIA, the COMMONWEALTH of PUERTO RICO, and THE VIRGIN ISLANDS;

(2) The term "UNITED STATES" when used in the geographical sense **INCLUDES** the DISTRCIT OF COLUMBIA, THE COMMONWEALTH OF PUERTO RICO, and the VIRGIN ISLANDS.

Sect. 101 (a)(36) of the immigration of Nationality Act

The term "STATE" **INCLUDES** the DISTRICT OF COLUMBIA, THE COMMONWEALTH OF PUERTO RICO, GUAM, AND THE VIRGIN ISLANDS OF THE UNITED STATES.

28 U.S.CODE § 3002 (14)(15)

(14)    The term "STATE"  **INCLUDES** the DISTRCT OF COLUMBIA, THE COMMONWEALTH OF PUERTO RICO, THE COMMONWEALTH OF THE NORTHERN MARIANOAS, or ANY TERRITORY or POSSISSION OF THE UNITED STATES.

(15) "UNITED STATE" means—
        (a) a Federal Corporation
        (b) an Agency, Department, Commission, Board, or Other **ENTITY** of the UNITED STATES.
        (c) an Instrumentality of the UNITED STATES

The following points are all Supreme court case law and/or are Constitutional points

 "The practice of law can not be licensed by any state/State," **schware v. Board of Examiner, United States Reports 3353 U.S. pages 258, 239.**

"The practice of law is an occupation of common right" **Sims v. Ahern, 271 SW 720 (1925)**

Litigants can be assisted by unlicensed laymen during judicial proceedings.In Argersinger "No accused may be deprived of, his liberty as the result of any criminal prosecution, whether felony or misdemeanor, in which he was denied assistance of consul." **RAILROAD TRAINMEN v. VIRGINIA BAR, 377 U.S. 1 (1964) GIDEON v. WAINWRIGHT, 372 U.S. 335 (1963) Argersinger v. Hamlin 407 U.S. 25 (1972) 70-5015**

Members of groups who arecompetent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "unauthorized practice of law." **NAACP v. Button, 371 U.S. 415, United Mineworkers of America v.**

**Gibbs, 383 U.S. 715 Johnson v. Avery, 89 S. Ct, 747 (1969)**

"Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." **Owen v. Independence,**

**100 S.C.T. 1398, 445 US 622.**

1. **TITLE 18, PART 1, CHAPTER 13, SS 242 of UNITED STATES CODES of Law: Whoever, under color of any law, STATUTE, ordinance, regulation, or custom, willfully subjects any person in any state, territory…..**

2. Administrator's defined government succinctly. "Governments are corporations", in as much as every government is an artificial person, an abstraction, a creature of the mind only, a government can deal only with artificial persons. The imaginary, having no reality or substance cannot create or attain parity with the real. **Penhallow V. Doane's**

**Administrators, 3 US 54 - 1795 -Supreme Court**

3. Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

4. For a crime to exist, there must be an injured party(Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. **Sherer v. Cullen 481 F. 945:**

5. If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed.**Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt.

6. If you have relied on prior decisions of the Supreme Court, you have the perfect defense for willfulness. **U.S. v. Bishop, 412 US 346**

7. Please take note that as Moorish-Americans, with full religious freedom as described

In HR75 of 1933

8. I declare My status, for the record, to be of a Private American National or

Non-Citizen National and my status is described in Texas Senate Resolution 1014 as well as PA HR 75 1933, evidenced by my Allodial American Nationality Card and the filing of my Nationality Proclamation, Ex Relation, Reservation of Rights & Name correction, all displaying my private Moorish Status

9. It is an obligation of the oath of every public official holding office or seat      to uphold the constitution, and to follow proper court procedure while in court. Before we can

proceed to jurisdiction, the public officials must enter into the record, as affidavit of truth, the/their status of every official in the court, as I have with this affidavit of truth.

**10.  ARTICLE VI CONSTITUTION OF THE UNITED STATES OF AMERICA** All debts contracted and Engagements entered into, before the adoption of this Constitution, shall be as valid.........

**11. Article 21. TREATY OF PEACE AND FRIENDSHIP.** If a citizen of the united States should kill or wound a Moor ..........

12. **Article 23. TREATY OF PEACE AND FRIENDSHIP.** The consuls of the united States...........

**13.  UNITED NATIONS DECLARATION on the RIGHTS of INDIGENOUS PEOPLES. ARTICLES 1, through 46...**

14. **28 U.S.C. 1746(1)** - Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, **any matter is required or permitted to be supported, evidenced, established,**or proved by the sworn declaration, verification, certificate, statement, oath, or **Affidavit,**in writing of the person making the same (*other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public*), **such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration**, certificate, verification, or statement, in writing of such person **which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form**:

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).(Signature)"

I affirm/Declare, under penalty of perjury, under the Common Law of America, without the "United States", that the foregoing is true and correct, to the best of my current information, knowledge, and belief, per 28 U.S.C. 1746(1);

Executed on: *August 17, 2020* (date)

In Honor Always,

I am: _____R-Thumb
RasTafari Bey
Natural Person, In Propria Persona, Sui Juris

All Rights Reserved: Without Recourse, Without prejudice UCC 1-308/3-415

State of Florida

County of Orange

Sworn to and subscribed before me on the __17__ day of August, 2020

by (name printed) Kamarece Fenton

KAMARECE L. FENTON
Notary Public - State of Florida
Commission # GG 975355
My Comm. Expires Apr 1, 2024
Bonded through National Notary Assn.

Notary Public's Signature _____