USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

            -v-                                      20-cr-54 (AJN)

Tafari Gordon,                                ORDER

                      Defendant.

ALISON J. NATHAN, District Judge:

      As stated on the record in the August 25, 2020 conference, a conference on the Defendant's desire to waive his right to counsel is hereby scheduled for Thursday, September 3, 2020 at 1 p.m. Due to the COVID-19 public health crisis and the fact that the Defendant resides in Florida, the conference cannot safely and feasibly be held in person in the near future. As such, it will be held by videoconference using the Zoom platform. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If the Defendant, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his current counsel should return the signed waiver form no later than August 31, 2020.

      SO ORDERED.

Dated: August 25, 2020
      New York, New York

                                            _____
                                               ALISON J. NATHAN
                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

  TAFARI GORDON a.k.a. RASTAFARI BEY,
                  Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**20-CR-54 (AJN)**

**Check Proceeding that Applies**

\_\_\_\_    Conference

I have been charged in an indictment with a violation of federal law.  I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at the next conference the judge may, among other things, make a determination as to my knowing, voluntary, and intelligent waiver of my constitutional right to counsel.  I have discussed these issues with my attorney and wish to give up my right to be physically present at the conference.  By signing this document, I wish to advise the court that I willingly give up my right to be physically present at the conferences in my case on account of the COVID-19 pandemic and the difficulties of traveling to New York to physically attend the conference.

Date:    _____    _____
             Print Name                                                         Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:    _____    _____
             Print Name                                                         Signature of Defense Counsel

**Accepted:** _____
Signature of Judge
Date: