USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Tafari Gordon,

Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints Jenna M. Dabbs as CJA counsel for the purpose of advising the Defendant on his decision of whether to waive his constitutional right to counsel.

SO ORDERED.

Dated: August 26, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge