```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-                                  20-cr-54 (AJN)

Tafari Gordon,                                ORDER

               Defendant.

ALISON J. NATHAN, District Judge:

      A conference in this matter is currently scheduled for **Thursday, September 3, 2020 at 3 p.m.** On August 31, 2020, the Court received a notification that the Defendant no longer wishes to waive his right to counsel and instead seeks to have new counsel appointed. Dkt. No. 32. The Court will confirm this at the conference scheduled for September 3, 2020 at 3 p.m. If the Defendant is seeking new counsel, the Court intends to substitute CJA panel member, Ms. Jenna Dabbs, for current CJA counsel, Mr. Michael Schachter.

      Due to the COVID-19 public health crisis and the fact that the Defendant resides in Florida, the conference cannot safely and feasibly be held in person in the near future. In addition, videoconference technology is not reasonably available. As such, the conference will now be held by teleconference. At 3 p.m. on September 3, the parties and members of the public shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key. Current defense counsel should confer with the Defendant regarding waiving his physical presence and provide the waiver form attached to Dkt. No. 38.

      SO ORDERED.

Dated: September 2, 2020
      New York, New York                      _____
                                                         ALISON J. NATHAN
                                                     United States District Judge