```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-

Tafari Gordon,

                    Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons set forth on the record at the conference held on September 3, 2020, the Court relieved CJA Attorney Michael Schachter as counsel for the defendant and allowed the substitution of CJA Attorney Jenna M. Dabbs to represent the defendant for all purposes.

    IT IS ORDERED that the Clerk of Court shall terminate the appearance of Michael Schachter.

    IT IS FURTHER ORDERED that any motions by Defendant are now due on or before **October 5, 2020**. The government's opposition, if any, is due on or before **October 12, 2020**, and a Reply, if any, is due on or before **October 19, 2020**. On or before **October 30, 2020**, the parties shall submit (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during Voir Dire; (2) any Voir Dire requests; and (3) any Requests to Charge. With respect to Requests to Charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request. Any party objecting to a request shall indicate the legal basis for their objection.

    SO ORDERED.

Dated: September 3, 2020
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge