

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-

Tafari Gordon,

          Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 17, 2020, the Court received a letter from the Defendant requesting that commencement of the trial in this matter be adjourned until the earliest possible date in 2021. Dkt. No. 39. In light of the unique factors described in the letter and the agreement of both sides, the request to adjourn commencement of the trial is hereby GRANTED.

    As soon as it becomes possible pursuant to the SDNY protocols for the resumption of jury trials, the Court will submit a request seeking to schedule trial in this matter to commence on January 4, 2021. The parties are advised that the Court cannot guarantee that as the start date until the Southern District of New York's Assignment Committee process for scheduling jury trials is complete. In the meantime, however, the parties can presume that trial will commence on January 4, 2021. Within one week of this Order, the parties shall meet and confer and jointly propose a pre-trial schedule under the assumption that trial will commence on that date.

    Finally, in light of the reasons put forth by the Defendant in his September 17, 2020 letter and his consent to exclude time under the Speedy Trial Act therein, Dkt. No. 39, the Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date to January 4, 2021. The Court finds that the purposes of excluding that time outweigh the

interests of the Defendant and the public in a speedy trial because such time is necessary in light of restrictions as a result of the COVID-19 pandemic and in order to give the parties sufficient time for effective preparation for trial in light of those conditions.

SO ORDERED.

Dated: September 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge