```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

              -v-

Tafari Gordon,

                          Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A change of plea proceeding in this matter is currently scheduled for December 1, 2020 at 3:00 P.M. Dkt. No. 48. The Defendant has indicated that he consents to proceeding remotely. Dkt. No. 49. The Court will separately provide the parties with instructions for accessing this platform. At 3 p.m. on December 1, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 132796686.

      SO ORDERED.

Dated:  December 1, 2020
           New York, New York

_____
ALISON J. NATHAN
United States District Judge