UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Tafari Gordon,

Defendant.

20-cr-54 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

ALISON J. NATHAN, District Judge:

Because the Defendant has pleaded guilty on December 1, 2020, the final pre-trial conference scheduled for December 18, 2020, *see* Dkt. No. 43, is hereby cancelled.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge