UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

United States

     –v–

Tafari Gordon,

          Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

There is a sentencing in this matter scheduled for June 1, 2021 at 3:00 p.m. Dkt. No. 59.

Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom

906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New

York. If either counsel believe that the proceeding should be held remotely (or that the

Defendant should be permitted to appear remotely), counsel should confer with the other side

and, no later than **May 14, 2021,** submit a letter request to that effect.

     SO ORDERED.

Dated: May 4, 2021
      New York, New York

_____
     ALISON J. NATHAN
     United States District Judge

1