**KAPLAN HECKER & FINK LLP**

                                                                                350 Fifth Avenue
Suite 7110
New York, NY  10118

Direct Dial: (929) 294-2540
Direct Email:  jdabbs@kaplanhecker.com

(212) 763-0883
www.kaplanhecker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/21/21

May 21, 2021

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *U.S.A.* v. *Gordon*, 1:20-cr-00054-AJN

Dear Judge Nathan:

      I write with the consent of the Government to request an adjournment of Mr. Gordon's sentencing, which is currently scheduled to take place on June 1, 2021, in the above-referenced matter.  This is our second request to adjourn Mr. Gordon's sentence; the first adjournment request was made on February 19, 2021 and related to travel difficulties caused by the ongoing pandemic.  We seek an additional adjournment in both the sentencing date and the schedule for sentencing submissions at this time because Mr. Gordon is currently experiencing a serious family medical emergency that makes it difficult for him to coordinate with counsel on his sentencing submission and to leave his family to attend his sentencing in person in New York, as planned.

      Mr. Gordon lives in Florida with his wife and three children.  His wife has unfortunately recently received a medical diagnosis that requires exploration of and decision-making around treatment options, and that generally requires Mr. Gordon to remain in Florida with his family for the foreseeable future in order to help navigate this situation for his wife and children, and their family generally.  Mr. Gordon seeks to adjourn his sentencing so that he does not have to leave his family to come to New York during this challenging time, and he further seeks additional time to prepare with counsel for his sentencing, which has been difficult to do as his family is grappling with this recent and unexpected change to his wife's health.

      Because of these recent, challenging developments, we respectfully request that the Court adjourn Mr. Gordon's sentencing for a period of approximately sixty days, to a date in August or thereafter, in the hopes that over the next two months, Mr. Gordon and his family will be able to make necessary decisions and take necessary steps in connection with these recent events, and do so in a way that will afford Mr. Gordon both adequate time to assist counsel in preparing for sentencing and the ability to travel to New York for the sentencing proceeding after circumstances are more under control.  We also seek an adjournment of the schedule for sentencing submissions, specifically adjourning Mr. Gordon's submission to one week in

advance of his sentencing date and the Government's submission to three days in advance of the sentencing date. As noted, the Government consents to this adjournment request.

Respectfully submitted,

Jenna M. Dabbs

cc: Jacob Gutwillig / Elizabeth Espinosa
Assistant United States Attorneys
(by email)

> The sentencing in this matter is hereby adjourned to September 2, 2021 at 10:00 a.m.  The Defendant's sentencing submission is due one week in advance of sentencing; the Government's is due three days in advance of sentencing.
> SO ORDERED.

5/21/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.