```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

          -v-

Tafari Gordon,

                    Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    There is a sentencing in this matter scheduled for September 2, 2021, at 10:00 a.m. Dkt. No. 61. The proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. The Defendant's sentencing submission is due one week in advance of sentencing; the Government's is due three days in advance of sentencing.

    The proceeding may also be accessed by members of the public and press by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

    SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge