# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TAFARI GORDON,

Defendant.

No. 20-cr-54 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/21

## TRANSPORTATION ORDER

Upon the application of Tafari Gordon, by his attorney, Jenna Dabbs, Esq., pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Tafari Gordon with funds to cover the cost of travel between Orlando, Florida and New York, New York for his sentencing on September 2, 2021 at 10:00AM. It is ordered that Mr. Gordon depart on a bus from Orlando, Florida on August 31, 2021 and arrive no later than 6PM on September 1, 2021. It is ordered that Mr. Gordon will stay in a hotel in New York City on the night of September 1, 2021. It is ordered that Mr. Gordon's return bus from New York, New York depart after 5PM on September 2, 2021;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
     August 25, 2021

SO ORDERED

_____
HONORABLE ALISON J. NATHAN
United States District Judge