UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                -v-

Tafari Gordon,

                              Defendant.



20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In light of transportation delays due to inclement weather, the court hereby ADJOURNS the sentencing scheduled for today at 10 a.m. to 11:30 a.m.

      SO ORDERED.

Dated:  September 2, 2021
           New York, New York

                                              ALISON J. NATHAN
                                          United States District Judge