```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Tafari Gordon,

Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On April 18, 2023, Defendant filed a motion for early termination of supervised release. Dkt. No. 81. The Government shall file any response by no later than May 2, 2023.

SO ORDERED.

Dated: April 18, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation