USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Tafari Gordon,

                Defendant.

20-cr-54 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On April 18, 2023, Defendant Tafari Gordon filed a motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). Dkt. No. 81. The Government filed its response on May 2, 2023. Dkt. No. 84. The Court has considered the arguments in both submissions. For substantially the reasons outlined in Mr. Gordon's letter, the Court GRANTS Mr. Gordon's motion for early termination of supervised release. The Clerk of Court is respectfully directed to terminate Dkt. No. 81. The Government is respectfully directed to provide a copy of this order to the United States Probation Office for the Middle District of Florida.

SO ORDERED.

Dated: May 5, 2023
       New York, New York

                                        ALISON J. NATHAN
                                        United States Circuit Judge,
                                        sitting by designation